UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 25-0164 PVC                                          Date:  May 5, 2025

Title      Moises Villalobos v. Martik Hoonanian

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:  [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FOLLOW COURT ORDERS**

On March 24, 2025, Plaintiff filed a Notice of Settlement, requesting 30 days in which to file dispositional documents.  (Dkt. No. 16).  On March 28, 2025, the Court granted Plaintiff's request, giving him until April 25, 2025, to file dispositional documents.  (Dkt. No. 17).  To date, Plaintiff has not filed his notice of voluntary dismissal or a request for an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **seven days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute and comply with court orders.  Fed. R. Civ. P. 41(b).  Plaintiff may discharge this Order by filing his dispositional documents.

IT IS SO ORDERED.

                                                                                         00:00
                                                        **Initials of Preparer**          mr