UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 25-0164 PVC                                                  Date:  May 19, 2025

Title       Moises Villalobos v. Martik Hoonanian

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|         Marlene Ramirez         |              None              |
|---------------------------------|--------------------------------|
|          Deputy Clerk           |     Court Reporter / Recorder  |

Attorneys Present for Plaintiff:              Attorneys Present for Defendants:
             None                                            None

**PROCEEDINGS:   [IN CHAMBERS] ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO PROSECUTE AND FOLLOW COURT ORDERS**

On March 12, 2025, the Court entered a Standing Order Re: Disability Cases, which admonished Plaintiff that "[f]ailure to comply with any Court order issued in this case shall result in the imposition of sanctions, including but not limited to, the dismissal of the action for failure to comply with any applicable rules or court orders.  Fed. R. Civ. P. 41(b)."  (Dkt. No. 13 at § E).

On March 24, 2025, Plaintiff filed a Notice of Settlement, requesting 30 days in which to file dispositional documents.  (Dkt. No. 16).  On March 28, 2025, the Court granted Plaintiff's request, giving him until April 25, 2025, to file dispositional documents.  (Dkt. No. 17).  To date, Plaintiff has not filed his notice of voluntary dismissal or a request for an extension of time in which to do so.

On May 5, 2025, the Court issued an Order to Show Cause (OSC) why this action should not be dismissed with prejudice for failure to prosecute and comply with court orders.  (Dkt. No. 18).  Plaintiff was given seven days in which to respond.  (*Id.*).  To

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-0164 PVC                                         Date:  May 19, 2025

Title          Moises Villalobos v. Martik Hoonanian

date, Plaintiff has neither responded to the OSC nor requested an extension of time in which to do so.

     Accordingly, this Action is DISMISSED WITH PREJUDICE for failure to prosecute and comply with multiple court orders.  Fed. R. Civ. P. 41(b).  Judgment shall be entered accordingly.

     IT IS SO ORDERED.

00:00

**Initials of Preparer**   mr