JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS, | Case No. CV 25-0164 PVC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIK HOONANIAN, as Trustee of the Hoonanian Family Trust, | |
| Defendant. | |

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 19, 2025

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE